UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BARBARA SMITH,** | § § | |
| **Plaintiff,** | § § | **CASE NO. 4:16-cv-3572** |
| v. | § § | |
| **CONN CREDIT CORPORATION, INC.,** | § § | |
| **Defendant.** | § § | |

## STIPULATION TO ARBITRATION

Plaintiff Barbara Smith ("Plaintiff") and Defendant Conn Credit Corporation, Inc. ("Defendant") file this Stipulation to Arbitration and would show the Court as follows:

1. Plaintiff filed her Verified Complaint on December 5, 2016, against Conn Credit Corporation, Inc., alleging violations under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*.; the Texas Debt Collection Act., Texas Finance Code § 392; and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, in connection with Conn Appliances, Inc.'s attempt to collect on a debt.

2. Plaintiff purchased merchandise from Conn Appliances, Inc. in exchange for a promise of payment. The Parties memorialized the financing terms in a retail installment contract that Plaintiff signed. The retail installment contract contains an arbitration provision that covers all claims arising from Plaintiff's debt. Because the claims in Plaintiff's Complaint fall within the scope of this provision, the parties have agreed to move this case to arbitration.

**IT IS THEREFORE AGREED AND STIPULATED** as follows:

i. Plaintiff's claims are subject to binding arbitration.

ii. The parties request the Court order this action to arbitration and stay the proceedings pending completion of arbitration.

Dated: August 9, 2017

Respectfully submitted,

By: */s/ Michael A. Harvey*
**MICHAEL A. HARVEY**
State Bar No. 24058352
Federal ID No. 917759
MUNSCH HARDT KOPF & HARR, P.C.
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-4015
Fax: (713) 222-5868
mharvey@munsch.com

**LEAD ATTORNEY FOR DEFENDANT
CONN CREDIT CORPORATION, INC.**

**CHRISTOPHER M. JORDAN**
State Bar No. 24087817
Federal ID No. 2218263
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-4088
Fax: (713) 222-5868
cjordan@munsch.com

**OF COUNSEL FOR DEFENDANT
CONN CREDIT CORPORATION, INC.**

By: */s/ Allan J. Boss*
**Allan J. Boss**
TX Bar No.: 00789162
Southern District TX Bar No: 187916
**Christopher W. Boss**
FL Bar No. 13183
Email: cpservice@protectyourfuture.com
9887 4th Street N., Ste. 202
St. Petersburg, FL 33702

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2017, a true and correct copy of the foregoing document was electronically filed with the Clerk for the Southern District of Texas via CM/ECF system and served upon all counsel of record.

*/s/Michael Harvey*
Michael Harvey
