United States District Court
Southern District of Texas
**ENTERED**
August 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3572 |
| | § | |
| CONN CREDIT CORPORATION, INC., | § | |
| | § | |
| Defendant. | § | |

### MEMORANDUM

On August 9, 2017, the parties filed a Stipulation to Arbitration (Docket Entry No. 20). The Stipulation states that plaintiff's claims are subject to binding arbitration and that the parties have agreed to arbitrate the plaintiff's claims. A district court has the discretion to dismiss an action when all the issues raised in the district court must be submitted to arbitration. Alford v. Dean Witter Reynolds, Inc., 975 F.2d 1161, 1164 (5th Cir. 1992). Because all of the issues in this action are to be arbitrated, there is no reason to retain jurisdiction over the action. Accordingly, the court will dismiss the action.

**SIGNED** at Houston, Texas, on this 10th day of August, 2017.

SIM LAKE
UNITED STATES DISTRICT JUDGE