United States District Court
Southern District of Texas
**ENTERED**
August 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3572 |
| | § | |
| CONN CREDIT CORPORATION, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum of today, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 10th day of August, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE